UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYROME CHANEYFIELD,

Petitioner,

-against-

JULIA WILCOX,

Respondent.

**ORDER**

21-CV-10215 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 21, 2015, Tyrome Chaneyfield ("Petitioner") was convicted—following a jury trial in the New York State Supreme Court, Sullivan County—of twenty-four counts of rape. (*See* Doc. 1 at 1-2). Petitioner was sentenced, on September 22, 2015, to a term of thirty-two years to life imprisonment. (*Id*. at 1).

The Petition for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 was received by the Court on November 30, 2021. (*Id*.). Respondent, on April 18, 2022, moved to dismiss the action because Petitioner is dead. (Doc. 10). Respondent provided a copy of Petitioner's death certificate. (Doc. 10-2). Because Petitioner is dead, he is no longer in custody. *See Grant v. Gonyea*, No. 18-CV-07720, 2021 WL 1422811, at *2 (S.D.N.Y. Mar. 8, 2021). Respondent's motion is, accordingly, GRANTED and the Petition is DISMISSED AS MOOT.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 10, mail a copy of this Order to Petitioner's last known address, and close this case.

**SO ORDERED:**

Dated: White Plains, New York
May 31, 2022

PHILIP M. HALPERN
United States District Judge