UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYROME CHANEYFIELD,

                      Petitioner,                21 **CIVIL** 10215 (PMH)

      -against-                                  **JUDGMENT**

JULIA WILCOX,

                      Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 31, 2022, Respondent's motion is GRANTED and the Petition is DISMISSED AS MOOT; accordingly, the case is closed.

**DATED:** New York, New York
            May 31, 2022

                                                        **RUBY J. KRAJICK**
                                                    _____
                                                          **Clerk of Court**
                                     **BY:**     *K. Mango*
                                                          _____
                                                           **Deputy Clerk**